```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 32158
   EDWARD T KLICH
   MARIA STELLA KLICH                           CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
          Debtor
   SSN XXX-XX-3353    SSN XXX-XX-3487

-------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/15/05 and confirmed on 10/07/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  88250.28 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------
CREDITOR NAME           CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------
NATIONAL CITY MORTGAGE  CURRENT MORTG     55005.21            .00       55005.21
NATIONAL CITY MORTGAGE  MORTGAGE ARRE      1468.55            .00        1468.55
CHRYSLER FINANCIAL SVC A SECURED VEHIC         .00            .00             .00
WELLS FARGO BANK NA     SECURED VEHIC      3576.86         273.71        3576.86
ES FINANCIAL CORP       UNSECURED        NOT FILED            .00             .00
ILLINOIS DEPT REVENUE   PRIORITY           1701.12            .00        1701.12
INTERNAL REVENUE SERVICE PRIORITY          4203.80            .00        4203.80
FIA CARD SERVICES       UNSECURED        NOT FILED            .00             .00
CAPITAL ONE BANK        UNSECURED         11506.70            .00        1511.09
ECAST SETTLEMENT CORPORA UNSECURED         9125.35            .00        1198.37
ECAST SETTLEMENT CORPORA UNSECURED        19082.45            .00        2505.96
ECAST SETTLEMENT CORPORA UNSECURED        12016.06            .00        1577.98
ECAST SETTLEMENT CORPORA UNSECURED        12964.66            .00        1702.56
RESURGENT CAPITAL SERVIC UNSECURED        14317.61            .00        1880.23
RESURGENT CAPITAL SERVIC UNSECURED        13835.52            .00        1816.92
FIA CARD SERVICES       UNSECURED        NOT FILED            .00             .00
WELLS FARGO FINANCIAL IN UNSECURED          850.69            .00         111.71
INTERNAL REVENUE SERVICE UNSECURED           60.77            .00           7.98
PORTFOLIO RECOVERY ASSOC UNSECURED        20119.58            .00        2642.16
ILLINOIS DEPT REVENUE   UNSECURED           308.59            .00          40.52
-------------------------------------------------------------------------
CREDITOR NAME           CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------
       Summary of disbursements:
-------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------
TOTAL CLMS ALLOWED 60050.62     5904.92    114187.98         .00     180143.52
PRINCIPAL PAID     60050.62     5904.92     14995.48         .00      80951.02
INTEREST PAID        273.71         .00          .00         .00         273.71
```

```
TOTAL PAID              60324.33      5904.92      14995.48           .00      81224.73
```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   3855.27 .

Refunds to the Debtor totaled $    470.28 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



                              PAGE   2
         CASE NO. 05 B 32158 EDWARD T KLICH & MARIA STELLA KLICH